MARY BIONDO, Respondent, v. ANTHONY BIONDO, Appellant.— Order denying defendant's motion to modify decree by reducing alimony affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Carswell, J., dissents. (Chanler v. Chanler, 202 App. Div. 357; Johnstone v. Johnstone, 130 Misc. 243, 246.)

LEAH CARMEN, Respondent, v. LOUIS CARMEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

CHARLES J. M. CHRISTENSEN, Appellant, v. NICHOLAS N. PETTEFSON and MICHAEL M. MILLER, Respondents.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE CHRISTIAN MILLS, INC., Respondent, v. SAVOIA MACARONI MANUFACTURING COMPANY, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to strike out counterclaim and separate defenses denied, with ten dollars costs. Since no contract of immunity can be drawn that will protect one who acts in bad faith (Industrial & General Trust, Ltd., v. Tod, 180 N. Y. 215), the first defense, of fraud, may be pleaded notwithstanding the exculpatory provisions in the contract upon which the action is brought. The other defenses are sufficient in law. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

LESTER J. CONWAY, Respondent, v. MATCH CORPORATION OF AMERICA, Appellant.— Judgment and order denying motion to set aside verdict unanimously effirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ALFRED T. DAVISON, Appellant, v. WILLIAM P. RAE COMPANY, Respondent.— Order granting defendant's motion to change place of trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the moving party did not make out a case justifying the order. Save in rare cases, this court will not change the venue from Nassau county to Kings county. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.